**ORIGINAL**

GLORIA J. STURMAN
Nevada Bar No.; 2314
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
415 South Sixth Street, Suite 300
Las Vegas, Nevada 89101
(702) 382-1414
Attorney for Defendant CLARK COUNTY HEALTH DISTRICT

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ERIN HOLMES, individually; and SHAWN HOLMES, individually, | Case No.: CV-S-04-0608-JCM-LRL |
| Plaintiffs, | |
| v. | |
| MERCK & CO., INC., a New Jersey Corporation; CLARK COUNTY, a Political subdivision of the STATE OF NEVADA; CLARK COUNTY HEALTH DISTRICT; and JOHN DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **NOTICE OF DISMISSAL** |
| Defendants. | |

TO:   ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORDS:

NOTICE IS HEREBY GIVEN that Defendants CLARK COUNTY and CLARK COUNTY HEALTH DISTRICT were dismissed from the above captioned matter in the Eighth Judicial District Court, case number A483456 (see Exhibit "A"), prior to removal of the case to United States District Court.  Please remove Defendants Clark County and Clark

////

////

////

1

41896.1

**24**

County Health District from your service list.

DATED this ____ day of June, 2005.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
GLORIA J. STURMAN
Nevada Bar No.: 2314
415 South Sixth Street, Suite 300
Las Vegas, NV 89101
Attorney for Defendants Clark County and
Clark County Health District

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the ____ day of June, 2005, I mailed a copy of the above and foregoing **NOTICE OF DISMISSAL** in the United States mail, postage prepaid thereon, to the following parties:

Robert E. Murdock
MURDOCK & ASSOCIATES, CHTD.
520 South Fourth St., 2nd Floor
Las Vegas, NV 89101

Eckley M. Keach
ECKLEY M. KEACH, CHTD.
520 South Fourth Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

Denise Barton
Robert R. McCoy
MORRIS PICKERING & PETERSON
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Attorney for Defendant Merck & Co., Inc.

_____
An employee of WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

2

41896.1

**ORIGINAL**

```
 1  SAO
    Eckley M. Keach, Esq.
 2  Nevada Bar No. 1154
    ECKLEY M. KEACH, CHTD.
 3  520 South Fourth Street
    Las Vegas, NV  89101
 4  (702) 384-5563

 5  Robert E. Murdock, Esq.
    Nevada Bar No. 4013
 6  MURDOCK & ASSOCIATES, CHTD.
    520 South Fourth Street
 7  Las Vegas, NV  89101
    (702) 384-5563
 8  Attorneys for Plaintiffs
```

**FILED**

MAY 11  2 22 PM '04

*Shirley B. Parraguirre*
CLERK

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ERIN HOLMES, individually; and SHAWN HOLMES, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCK & COMPANY, a New Jersey corporation; CLARK COUNTY, a political subdivision of the STATE OF NEVADA; CLARK COUNTY HEALTH DISTRICT; and JOHN DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO.  A 483456 <br> DEPT. NO.  XVIII <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CLARK COUNTY AND CLARK COUNTY HEALTH DISTRICT** |

RECEIVED MAY 11 2004 COUNTY CLERK

S/10

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective
2  counsel of record, that defendants Clark County and Clark County Health District shall be, and
3  hereby are, dismissed without prejudice.
4  DATED this _____ day of May, 2004.

5  ECKLEY M. KEACH, CHTD.              EDWARDS, HALE, STURMAN &
   MURDOCK & ASSOCIATES, CHTD.         CUSHING, LTD.

8  Eckley M. Keach    Bar No. 1154    Gloria J. Sturman    Bar No. 2314
   Robert E. Murdock  Bar No. 4013    415 South Sixth Street, Suite 300
9  520 South Fourth Street             Las Vegas, NV 89101
   Las Vegas, NV 89101                 Attorneys for Clark County Health District
10 Attorneys for Plaintiffs

12 **ORDER**

13 Based on the foregoing Stipulation for Dismissal of Clark County and Clark County Health
14 District and good cause appearing therefor,
15 **IT IS HEREBY ORDERED** that defendants Clark County and Clark County Health District
16 be dismissed, without prejudice.
17 DATED this 11 day of May, 2004.

DISTRICT JUDGE

21 Respectfully submitted by:

22 ECKLEY M. KEACH, CHTD.
   MURDOCK & ASSOCIATES, CHTD.

25 Eckley M. Keach    Bar No. 1154
   Robert E. Murdock  Bar No. 4013
26 520 South Fourth Street
   Las Vegas, NV 89101
27 Attorneys for Plaintiffs

2