AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Erin Holmes, et al.

Plaintiffs,

V.

Merck & Company Inc

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:04-CV-0608 BES-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Supplemental Motion for Summary Judgment is granted. Judgment is entered for Defendants and against Plaintiff.

June 16, 2008

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk