1 | Eckley M. Keach, Esq.
2 | Nevada Bar No. 1154
  | ECKLEY M. KEACH, CHTD.
3 | 520 South Fourth Street
  | Las Vegas, NV  89101
4 | (702) 384-5563
5 |
  | Robert E. Murdock, Esq.
6 | Nevada Bar No. 4013
  | MURDOCK & ASSOCIATES, CHTD.
7 | 520 South Fourth Street
  | Las Vegas, NV  89101
8 | (702) 384-5563
9 | Attorneys for Plaintiffs

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 |

13 |

14 | ERIN HOLMES, individually; and         )        CASE NO.  CV-S-04-608-BES-GWF
   | SHAWN HOLMES, individually,            )
15 |                                        )
   |                       Plaintiffs,      )
16 |                                        )
17 | vs.                                    )
   |                                        )
18 | MERCK & COMPANY, a New Jersey          )
   | corporation; CLARK COUNTY, a political )
19 | subdivision of the STATE OF NEVADA;    )
   | CLARK COUNTY HEALTH DISTRICT;          )
20 | and JOHN DOES I through X, inclusive;   )
21 | and ROE CORPORATIONS I through X,      )
   | inclusive,                             )
22 |                                        )
23 |                       Defendants.      )
   |_____)

24 | **NOTICE OF APPEAL**

25 |        NOTICE is hereby given that Plaintiff Erin Holmes and Plaintiff Shawn Holmes in

26 | the above named case hereby appeal to the United States Court of Appeals for the Ninth

27 | Circuit from the Order granting  Defendants' Supplemental Motion for Summary Judgment

28 | entered in this action on the 16th[h] day of June, 2008 (#108), the Order granting Partial

Summary Judgment (#100), and from the whole of the case hereof.

DATED this __3rd__ day of July, 2008

ECKLEY M. KEACH, CHTD.
MURDOCK & ASSOCIATES, CHTD.

_____
Eckley M. Keach        Bar No. 1154
Robert E. Murdock     Bar No. 4013
520 South Fourth Street
Las Vegas, NV  89101
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ____ day of July, 2008, I served the foregoing **NOTICE OF APPEAL** by placing a true and correct copy of same into a sealed envelope and into the regular U.S. Mail, first class postage prepaid thereon, and addressed to the following at the address listed below:

Morris Pickering & Peterson
Denise Barton, Esq.
Robert R. McCoy, Esq.
900 Bank of America Plaza
300 South 4th Street
Las Vegas, NV 89101

King & Spalding
Donald F. Zimmer, Esq.
Four Embarcadero Center, 35th Floor
San Francisco, CA 94111

_____
An employee of Murdock & Associates, Chtd.