UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| NOV 27 2012 | |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS | |

---

ERIN HOLMES and SHAWN
HOLMES,

         Plaintiffs - Appellants,

 v.

MERCK & CO.,

         Defendant - Appellee.

No. 08-16557

D.C. No. 2:04-cv-00608-BES-GWF
U.S. District Court for Nevada, Las
Vegas

**MANDATE**

The judgment of this Court, entered September 25, 2012, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

         FOR THE COURT:
         Molly C. Dwyer
         Clerk of Court

         Theresa Benitez
         Deputy Clerk